**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA, : No. 27 WM 2022
:
              Respondent :
:
:
:
           v. :
:
:
RUSSELL W. JOLLIFFE SR., :
:
             Petitioner :


## ORDER


**PER CURIAM**

     **AND NOW**, this 8th day of September, 2022, the Petition for Specialized Review is DENIED.